IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHERYL A. TABIT-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-665-RAH |
| | ) | |
| PAUL K. LAVELLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

On August 8, 2023, the Magistrate Judge recommended this case be dismissed. On August 22, 2023, Plaintiff Cheryl A. Tabit-El filed the Notice of Repentance of Sins for Cause, which the Court has construed as including Objections (Doc. 65) to the Recommendation (Doc. 62).

When a party objects to a Magistrate Judge's Report and Recommendation, the district court must review the disputed portions *de novo.* 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3). *De novo* review requires that the district court independently consider factual issues based on the record. *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990). *See also United States v. Gopie,* 347 F. App'x 495, 499 n.1 (11th Cir. 2009). However, objections to the Magistrate Judge's Report and Recommendation must be sufficiently specific in order to warrant *de novo* review. *See Macort v. Prem, Inc.,* 208

F. App'x 781, 783-85 (11th Cir. 2006). Otherwise, a Report and Recommendation is reviewed for clear error. *Id.*

In her Notice of Repentance of Sins for Cause, Plaintiff prays that this Court will grant equitable relief and asserts arguments similar as to those previously raised in the Complaint and other pleadings and appropriately addressed by the Magistrate Judge in the Recommendation.

Accordingly, upon an independent review of the record, it is

ORDERED as follows:

1. The Objections (Doc. 65) are OVERRULED;

2. The Recommendation (Doc. 62) is ADOPTED;

3. Defendants' Motions to Dismiss (Docs. 48, 49, and 50) are GRANTED.

4. This case is DISMISSED without prejudice.

DONE, on this the 24th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE